IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APL CO. Pte., LTD., a corporation, and
AMERICAN PRESIDENT LINES, LTD.,
a corporation,

    Plaintiffs,

  v.

CNJ INTERNATIONAL, INC., a
corporation, and JOON WOO RYU,
an individual,

    Defendants.

No. C 12-04758 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **CONTINUES** the case management conference to **FEBRUARY 14, 2013, AT 8:00 A.M.** A joint case management statement is due at least seven days prior. Please timely serve a copy of this order on all defendants.

**IT IS SO ORDERED.**

Dated: January 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE