IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APL CO. PTE., LTD. and AMERICAN PRESIDENT LINES, LTD.,

    Plaintiffs,

  v.

CNJ INTERNATIONAL, INC. and JOON WOO RYU,

    Defendants.

No. C 12-04758 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting plaintiffs' motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant CNJ International, Inc. in the amount of $11,260. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE