IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. PTE., LTD. and AMERICAN PRESIDENT LINES, LTD.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CNJ INTERNATIONAL, INC. and JOON WOO RYU,<br><br>  Defendants. | No. C 12-04758 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting plaintiffs' motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant CNJ International, Inc. in the amount of $11,260. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE